**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6885**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

RONALD STUART ROSE, a/k/a Rahking,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (3:03-cr-444)

Submitted:  September 17, 2008      Decided:  October 8, 2008

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald Stuart Rose, Appellant Pro Se.  Stephen David Schiller, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Stuart Rose appeals the district court's orders denying his motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2000), and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Rose</u>, No. 3:03-cr-444 (E.D. Va. May 16 & 29, 2008). We deny the motions for appointment of counsel and for a certificate of appealability and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>